7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In Re:** William Dean Hecker ABOVE MED
**Debtor**

**William Dean Hecker**
   Plaintiff(s)

v.

**GreenTree Servicing, LLC.**
   Defendant(s)

*Bankruptcy Case No.*
11–50950–jwv13

*Adversary Case No.*
11–05030–jwv

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that upon the
Court entering a discharge in this Chapter 13 case, the
lien and deed of trust of GreenTree Servicing, LLC upon the
real estate located at 2312 Cougar Road, St. Joseph,
Buchanan County, Missouri 64506, dated May 20, 2006,
recorded June 6, 2006 in Book 2904 at Page 673 in the
Buchanan County Recorder of Deeds regarding the real estate
legally described as:
LOT THREE HUNDRED EIGHTEEN (318), IN HURST
EASTERN HILLS THIRD EXTENSION ADDITION, AN
ADDITION IN THE NORTHWEST QUARTER OF SECTION
1, TOWNSHIP 57 NORTH, RANGE 35 WEST, BUCHANAN
COUNTY, MISSOURI
be ordered discharged and released.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.



Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk

Date of issuance: 6/27/12

Court to serve